UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NINTU XI GILMORE-BEY,

      Plaintiff,

                                      Case No. 23-12651

v.

                                      Hon. George Caram Steeh

HENRY MELTSER and          Hon. David R. Grand
FIDELITY TRANSPORTATION
OF MICHIGAN, INC.,

      Defendants.
_____/

ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF NO. 20)

On February 22, 2024, Magistrate Judge David R. Grand issued a report and recommendation proposing that the court deny Defendants' motion to dismiss as moot, because Plaintiff filed an amended complaint. No objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Grand's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Grand's report and recommendation (ECF No. 20) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendants' motion to dismiss (ECF No. 12) is DENIED AS MOOT.

Dated: March 13, 2024

                                 s/George Caram Steeh
                                 HON. GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 13, 2024, by electronic and/or ordinary mail and also on Nintu Xi. Gilmore-Bey, 60 East Milwaukee Street, Unit 6633, Detroit, MI 48202.

s/Lashawn Saulsberry
Deputy Clerk